[Cite as *Gruber v. Ohio Dept. of Transp.*, 2011-Ohio-1764.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

JEFF GRUBER

     Plaintiff

     v.

OHIO DEPARTMENT OF TRANSPORTATION

     Defendant

     Case No. 2010-09906-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On August 16, 2010, plaintiff, Jeff Gruber, filed a complaint against defendant, Department of Transportation. On October 12, 2010, defendant submitted the investigation report. On November 2, 2010, plaintiff submitted a letter requesting his claim be dismissed. Plaintiff's letter is considered a motion to dismiss and is GRANTED. Plaintiff's case is DISMISSED. The court shall absorb the court costs in this case in excess of the filing fee.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Jeff Gruber
718 Twp. Rd. 30 East
West Liberty, Ohio  43357

Jolene M. Molitoris, Director
Department of Transportation
1980 West Broad Street

Case No. 2010-09906-AD        - 2 -        ENTRY

Case No. 2010-09906-AD        - 2 -        ENTRY

Columbus, Ohio 43223

DRB/laa
Filed 1/26/11
Sent to S.C. reporter 4/8/11